FILED ___ LODGED
RECEIVED ___ COPY

JUN 2 9 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Ronald Koopee,<br><br>　　　　Defendant. | CR-17-08154-PCT-DJH (ESW)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. § 875(c)<br>　　　(Interstate Communications<br>　　　Containing Threat of Injury)<br>　　　Count 1<br><br>　　　18 U.S.C. §§ 2261A(2) and 2261(b)<br>　　　(Cyberstalking)<br>　　　Count 2<br><br>　　　18 U.S.C. §§ 1153 and 113(a)(3)<br>　　　(CIR: Assault with a Dangerous<br>　　　Weapon)<br>　　　Count 3<br><br>　　　18 U.S.C. § 1153 and A.R.S. §§ 13-1507, 1508, and 704<br>　　　(CIR: First Degree Burglary, a<br>　　　Dangerous Offense)<br>　　　Count 4 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about December 3, 2016, in the District of Arizona, RONALD KOOPEE knowingly and willfully did transmit in interstate and foreign commerce communications to D.D. containing a threat to injure D.D.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 2

Between on or about December 3, 2016, and continuing until at least January 26, 2017, in the District of Arizona, RONALD KOOPEE with the intent to kill, injure, harass, and intimidate D.D., used facilities of interstate and foreign commerce to engage in a course of conduct that caused and could reasonably have been expected to cause substantial emotional distress to D.D. and placed him in reasonable fear of death and serious bodily injury.

In violation of Title 18, United States Code, Sections 2261A(2) and 2261(b).

## COUNT 3

On or about January 26, 2017, in the District of Arizona, within the confines of the Hopi Indian Reservation, Indian Country, RONALD KOOPEE, an Indian, did intentionally and knowingly assault D.D. with a dangerous weapon, a knife, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT 4

On or about January 26, 2017, in the District of Arizona, within the confines of the Hopi Indian Reservation, Indian Country, RONALD KOOPEE, an Indian, did commit burglary in the first degree, a dangerous offense, by entering and remaining unlawfully in the residence of D.D., with the intent to commit a felony therein, that is, assault. During the burglary, the defendant knowingly possessed a dangerous weapon, that is, a knife.

//
//

In violation of Title 18, United States Code, Section 1153, and Title 13, Arizona Revised Statutes, Sections 1507, 1508, and 704.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date:  June 29, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona


s/
ALEXANDER W. SAMUELS
JAMES R. KNAPP
Assistant U.S. Attorneys