AO 442 (Rev. 11/11) Arrest Warrant

FILED ✓         LODGED
RECEIVED ___   COPY
JUL 0 6 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Arizona

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| RONALD KOOPEE | ) |
|  | ) |
|  | ) |
|  | ) |

CR17-08154-001-PCT-DJH

Case No.  17-4149MJ-001-PCT-BPV

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     RONALD KOOPEE                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Violation of 18 USC 875(c) - Interstate Communications

Violation of 18 USC 2261A(2) / 2261(b) - Stalking

Date:     06/07/2017

*Issuing officer's signature*

City and state:     Flagstaff, AZ

Bernardo P. Velasco, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6/7/2017, and the person was arrested on *(date)* 6/27/2017 at *(city and state)* Keams Canyon. |

Date:     06-29-2017

*Arresting officer's signature*

JARED GRAY   FBI TFO
*Printed name and title*